United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 7, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

─────────────

m 01-20953

─────────────

MFE ENTERPRISES, INC.,

Plaintiff-
Counter Defendant-
Appellee,

VERSUS

TANK CONSULTANTS, INC.,

Defendant-
Counter Claimant-
Appellant.

─────────────

Appeal from the United States District Court
for the Southern District of Texas
m H-00-CV-2302

─────────────

Before SMITH, DENNIS, and CLEMENT,
    Circuit Judges.

PER CURIAM:[*]

MFE Enterprises, Inc., was awarded a judgment, after a bench trial, for misappropriation of trade secrets by Tank Consultants, Inc. The latter appeals, raising several issues.

We have read the briefs, applicable portions of the record, and the pertinent authorities, and have heard the arguments of counsel. Finding no error in the careful explanation of the district court, we affirm, essentially for the reasons given by that court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.